IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSE CONTRERAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-254-RP |
| | § | |
| MATTHEW FOYE and JUDGE JULIE KOCUREK, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

On this date, the Court adopted United States Magistrate Judge Dustin Howell's report and recommendation concerning Plaintiff Jose Contreras's ("Plaintiff") complaint pursuant to 28 U.S.C. § 1915(e), (R. & R., Dkt. 4). (Order, Dkt. 6). The Court's Order dismissed with prejudice Plaintiff's complaint, (Dkt. 1).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on April 15, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE